FILED
Monday, 16 August, 2004  11:00:07 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FLEISHMAN-HILLARD INC. and<br>GMMB INC<br>    Plaintiffs<br><br>vs.<br><br>SCOTT TRANCHITELLA and DARREN COX<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   04-1220 |

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties. The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal and a dismissal order.

All timetables and scheduled hearings in this case are cancelled until further notice.

ENTER this 16th day of August, 2004.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE