**FILED**
Monday, 16 August, 2004  11:00:07 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FLEISHMAN-HILLARD INC. and ) | |
| GMMB INC  ) | |
| Plaintiffs  ) | |
| ) | |
| vs.  ) | Case No.   04-1220 |
| ) | |
| SCOTT TRANCHITELLA and DARREN COX ) | |
| Defendants  ) | |

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties.  The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal and a dismissal order.

All timetables and scheduled hearings in this case are cancelled until further notice.

ENTER this 16th day of August, 2004.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE