UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| FLEISHMAN-HILLARD INC., a Delaware corporation, and GMMB INC., a District of Columbia corporation, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 04-1220 ) |
| SCOTT TRANCHITELLA, individually and d/b/a RIVERFRONT MEDIA; and | ) ) ) |
| DARREN COX, individually and d/b/a RIVERFRONT MEDIA | ) ) ) |
| Defendants. | ) ) |

**MOTION TO DISMISS WITHOUT PREJUDICE
PURSUANT TO SETTLEMENT AGREEMENT**

Now come the Plaintiffs, FLEISHMAN-HILLARD INC. and GMMB INC., by their attorneys HUSCH & EPPENBERGER, LLC, and for their Motion to Dismiss Without Prejudice Pursuant to Settlement Agreement, state as follows:

1.    Plaintiffs and Defendants have reached a settlement of the above-captioned litigation pursuant to the terms of a written Settlement Agreement, signed by both parties, a true and correct copy of which is attached hereto as Exhibit A.

2.    Pursuant to the terms of the Settlement Agreement, Plaintiffs FLEISHMAN-HILLARD INC. and GMMB INC. agreed to dismiss the action without prejudice, with each party to bear its own costs and expenses.

3.    The parties further agreed that the Court would retain jurisdiction of this case to enforce the terms of the Settlement Agreement.

0169801.01

4.    Based upon the agreement of the parties, Plaintiffs hereby move to dismiss without prejudice their Complaint against the Defendants SCOTT TRANCHITELLA, individually and d/b/a RIVERFRONT MEDIA and DARREN COX, individually and d/b/a RIVERFRONT MEDIA.

5.    Attached hereto as Exhibit B is a proposed Order for use by the Court.

WHEREFORE, Plaintiffs, FLEISHMAN-HILLARD INC. and GMMB INC., respectfully request this Court to dismiss their Complaint against the Defendants, SCOTT TRANCHITELLA, individually and d/b/a RIVERFRONT MEDIA and DARREN COX, individually and d/b/a RIVERFRONT MEDIA, without prejudice pursuant to Settlement Agreement of the parties, and to retain jurisdiction of this matter to enforce the terms of the Settlement Agreement.

> FLEISHMAN-HILLARD INC. and GMMB INC.,
> Plaintiffs,
>
> BY:    s/ Stephen M. Buck
> One of Their Attorneys

STEPHEN M. BUCK
DAVID A. CHAMBERS
KIMBERLY A. SARFF
HUSCH & EPPENBERGER, LLC
401 Main Street, Suite 1400
Peoria, Illinois 61602-1241
Phone: (309) 637-4900
Fax: (309) 637-4928

## CERTIFICATE OF SERVICE

I certify that on September 24, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Scott Tranchitella
504 Lexington Drive
Washington, IL 61571

Darren Cox
116 Sun Valley Court
Apartment C1
East Peoria, IL  61611

                              s/ Stephen M. Buck