**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| **FLEISHMAN-HILLARD INC.**, a Delaware corporation, and **GMMB INC.**, a District of Columbia corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> **SCOTT TRANCHITELLA**, individually and d/b/a **RIVERFRONT MEDIA**; and <br><br> **DARREN COX**, individually and d/b/a **RIVERFRONT MEDIA** <br><br> Defendants. | Case No. 04-1220 |

## **ORDER**

Pursuant to the Settlement Agreement of the parties filed with the Court, it is hereby ordered as follows:

Plaintiffs' Complaint against Defendants, SCOTT TRANCHITELLA, individually and d/b/a RIVERFRONT MEDIA and DARREN COX, individually and d/b/a RIVERFRONT MEDIA, is dismissed without prejudice in accordance with the terms of the Settlement Agreement.

The Court retains jurisdiction of this case to enforce settlement.

Entered this _____ day of September, 2004.

_____
Judge

0169803.01