### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

FLEISHMAN-HILLARD INC., a )
Delaware corporation, and GMMB INC., )
a District of Columbia corporation, )
　)
　　Plaintiffs, )
　)
　vs. ) Case No. 04-1220
　)
SCOTT TRANCHITELLA, individually )
and d/b/a RIVERFRONT MEDIA; and )
　)
DARREN COX, individually and d/b/a )
RIVERFRONT MEDIA )
　)
　　Defendants. )

### ORDER

Pursuant to the Settlement Agreement of the parties filed with the Court, it is hereby ordered as follows:

Plaintiffs' Complaint against Defendants, SCOTT TRANCHITELLA, individually and d/b/a RIVERFRONT MEDIA and DARREN COX, individually and d/b/a RIVERFRONT MEDIA, is dismissed without prejudice in accordance with the terms of the Settlement Agreement.

The Court retains jurisdiction of this case to enforce settlement.

Entered this 28th day of September, 2004.

　　　　　　　　　　　　　　　　s/ Michael M. Mihm
　　　　　　　　　　　　　　　　　　　Judge

0169803.01